IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JERRY WAYNE KITCHENS,  )
                       )
           Plaintiff   )
                       )
vs.                    )   CASE NO. CV03-PT-1295-W
                       )
CIRCUIT JUDGE THOMAS R. JONES,  )
                       )
           Defendant   )

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on August 7, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on August 28, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C.§1915A(b). A Final Judgment will be entered.

DATED this _____ day of _____, 2003.

ROBERT B. PROPST
SENIOR JUDGE